<u>NEDC Corporate Disclosure Statement pursuant to Fed. R. Civ. P. 7.1</u>

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

Cedo Health, LLC; Cedo Wallet, LLC
Cedo Wallet Technologies, LLC

    Plaintiff(s),

v.

David Griffin
Carey Guthmiller

    Defendant(s).

CASE NO. CV 24-29

**DISCLOSURE OF CORPORATE AFFILIATIONS,
FINANCIAL INTEREST, AND BUSINESS ENTITY CITIZENSHIP**

Pursuant to Federal Rule of Civil Procedure 7.1 and *GMAC Commercial Credit LLC v. Dillard Department Stores, Inc.*, 357 F.3d 827, 828 (8th Cir. 2004), _____ Cedo Wallet Technologies, LLC _____, makes the following disclosures concerning parent

(Party Name)

companies, subsidiaries, partners, limited liability entity members and managers, affiliates, and

similar entities, as well as unincorporated associations or similar entities.

*[INSTRUCTIONS: Check the applicable box or boxes, and fill in any required information.]*

☐ This party is an individual.

☐ This party is a publicly held corporation or other publicly held entity.

☐ This party has parent corporations

    If yes, identify all parent corporations, including grandparent and great-grandparent corporations:

<u>NEDC Corporate Disclosure Statement pursuant to Fed. R. Civ. P. 7.1</u>

☐ Ten percent or more of the stock of a party is owned by a publicly held corporation or other publicly held entity.

If yes, identify all such owners:

☐ Another publicly held corporation or another publicly held entity has a direct financial interest in the outcome of the litigation.

If yes, identify all corporations or entities and the nature of their interest:

☒ This party is a limited liability company or limited liability partnership.

If yes, identify each member of the entity and the member's state of citizenship: Shane Zilinskas, citizen of Tennessee; Keith Miller, Citizen of Pennsylvania; David Griffin, Citizen of Nebraska

☐ This party is an unincorporated association or entity.

If yes, identify the members of the entity and their states of citizenship:

Additional information:

Date: 1.29.2024     /Duncan G. Byers/
                    (Signature)

## CERTIFICATE OF SERVICE

I hereby certify that on January 29, 2024, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following: Counsel of record,

and I hereby certify that I have mailed by United States Postal Service the document to the following CM/ECF participants: _____.

s/ Duncan G. Byers/