IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

CEDO HEALTH, LLC,                    Case No. 8:24-cv-00029

CEDO WALLET, LLC, and

CEDO WALLET TECHNOLOGIES,
LLC,

                    Plaintiffs,

v.

DAVID GRIFFIN, an individual, and

CAREY LEE GUTHMILLER, an
individual,

                    Defendants.

## UNOPPOSED MOTION FOR EXTENSION OF TIME
## TO FILE A RESPONSIVE PLEADING

Defendants, David Griffin and Carey Lee Griffin, incorrectly named in the Complaint as Carey Lee Guthmiller, by and through their counsel of record, respectfully move the Court for an Order granting a 30-day extension of time – up to and including March 29, 2024 – in which to answer or otherwise respond to Plaintiffs' Complaint ("Complaint"). In support of this Motion, Defendants state as follows:

1.      Plaintiffs filed the Complaint on January 25, 2024 (ECF 1).

2.      Defendants were served on or around February 7, 2024.

3.      Defendants' counsel seeks additional time to investigate the allegations of the complaint in order to file Defendants' responsive pleading.

4.      This motion is made in the interests of justice and not to unnecessarily

delay the adjudication of this matter.

5.    Counsel for Defendants has conferred with counsel for Plaintiffs and Plaintiffs do not oppose Defendants' request for this extension.

WHEREFORE, Defendants respectfully request that this Court issue an Order granting an extension of time up to and including March 29, 2024, to file an Answer or other responsive pleading to Plaintiffs' Complaint.

Dated this 28th of February, 2024.


DAVID GRIFFIN and CAREY LEE GRIFFIN, Defendants,

By    */s/ Andrew M. Collins*
Andrew M. Collins, NE Bar #24018
ERICKSON | SEDERSTROM, P.C.
Regency Westpointe, Suite 100
10330 Regency Parkway Drive
Omaha, Nebraska 68114
(402) 397-2200
collins@eslaw.com


## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above and foregoing Unopposed Motion for Extension of Time to File a Responsive Pleading was filed with the Court's CM/ECF System on February 28, 2024, which system automatically generates service upon the following counsel of record:

Duncan G. Byers
Byers Law
1769 Jamestown Road, Suite 120
Williamsburg, VA 23185
dbyers@dbyerslaw.com


*/s/ Andrew M. Collins*