IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| CEDO HEALTH, LLC, CEDO WALLET, LLC, and CEDO WALLET TECHNOLOGIES, LLC,<br><br>Plaintiffs,<br><br>vs.<br><br>DAVID GRIFFIN, an individual; and CAREY LEE GUTHMILLER, an individual;<br><br>Defendants. | **8:24CV29**<br><br>**ORDER OF DISMISSAL** |

This matter comes before the Court on the parties' Stipulation of Dismissal Prejudice (Filing No. 34). The Court, being advised in the premises, finds that such an Order is proper.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that this case be dismissed with prejudice.

Dated this 11th day of August, 2025.

BY THE COURT:

s/ Joseph F. Bataillon
Senior United States District Judge